Dismiss and Opinion Filed November 29, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01425-CR

## CHAUNCEY JARAY WASHINGTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30317-86**

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
121425F.U05